

2012 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

5-16-2012

# Carl Simon v. Govt of the VI

Precedential or Non-Precedential: Precedential

Docket No. 09-3616

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2012

Recommended Citation

"Carl Simon v. Govt of the VI" (2012). *2012 Decisions.* Paper 910.
http://digitalcommons.law.villanova.edu/thirdcircuit_2012/910

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2012 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

**PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 09-3616

CARL SIMON,

Appellant

v.

GOVERNMENT OF THE VIRGIN ISLANDS

On Appeal from the District Court
of the Virgin Islands – Appellate Division
(D. C. No. 3-03-cv-00024)
District Judge:  Honorable Daryl D. Donohue
District Judge:  Honorable Raymond L. Finch
District Judge:  Honorable Curtis V. Gomez

Argued on December 8, 2011

Before:  FISHER, GREENAWAY, JR. and ROTH, Circuit Judges

(Opinion filed May 9, 2012)

Joseph A. DiRuzzo, III, Esquire **(Argued)**
Fuerst Ittleman
1001 Brickell Bay Drive
Suite 3200
Miami, FL   33131

Counsel for Appellant


Office of Attorney General of the Virgin Islands
Department of Justice
Tiffany V. Monrose, Esquire **(Argued)**
34-38 Kronprindsens Gade, GERS Complex, 2nd Floor
Charlotte Amalie
St. Thomas, VI   00802

Counsel for Appellee


**ROTH,** Circuit Judge:


## ORDER AMENDING SLIP OPINION


**IT IS ORDERED** that the published Opinion in the above case, filed on May 9, 2012, be amended as follows:

On **page 12**, **paragraph 2, sentence 1,** delete the following word:

"CPD"

and **replace it with**:

"CPC".

On **page 6**, **paragraph 2, line 1,** delete and add to the following**:**

      Delete "issued a Certificate of  Appealability," add a comma after
      " Joseph A. DiRuzzo, III" and delete the comma after the
      word "counsel,"

which will **result in the sentence reading:**

      **"**On December 17, 2010, we appointed Joseph A. DiRuzzo, III,
       as counsel and directed the parties to address:"


By the Court,


  JANE R. ROTH
Circuit Judge

Dated:  May 16, 2012
tmm/cc: All counsel of Record